UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
Leonard Hinnant

    -v-

Nassau Co., et al.
----------------------------------------X

ORDER OF DISMISSAL FOR
<u>LACK OF ACTIVITY</u>
<u>ADOPTING REPORT & RECOMMENDATION</u>

CV 09-1926 (JS)(WDW)

APPEARANCES:

For Plaintiff(s):
Leonard Hinnant, *Pro Se*
25 Graffing Pl.    #10
Freeport  NY 11520

For Defendant(s):
Pablo Fernandez, Esq.
Diane Petillo, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola  NY 11501


SEYBERT, DISTRICT JUDGE:

    The above-captioned case was filed on Jul. 6, 2009.

    After several inactions on the plaintiff's part, Magistrate Judge William D. Wall issued an Order to Show Cause on May 16, 2012 (docket entry [28]). The plaintiff was directed to "show cause why [Judge Wall] should not recommend dismissal based on his failure to prosecute this action and failure to comply with orders of this court, and was warned that his failure to appear would result in the immediate recommendation that his case be dismissed with prejudice." After the plaintiff did not appear, Judge Wall issued his Report & Recommendation (docket entry [30]) on Jun. 5, 2012.

Absent any objection, Judge Wall's Report & Recommendation is ADOPTED. The defendants' Motion to Dismiss (docket entry [27]) is GRANTED. IT IS HEREBY ORDERED that the case be DISMISSED with prejudice for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to mark the case closed.

SO ORDERED.

/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT, U.S.D.J.

Dated: Central Islip, New York
       Jul. 12 , 2012